UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FRANK D. MONSEGUE, SR.,           )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CV422-081
                                  )
TRICIA GRIFFITH, *et al.*,        )
                                  )
        Defendants.               )

## ORDER

Defendant Tricia Griffith filed a unilateral Rule 26(f) Report indicating that her counsel conferred with *pro se* Plaintiff Frank D. Monsegue, Sr., and that the parties were unable to agree on the content of a joint 26(f) Report. Doc. 15 at 1. In the report, Griffith requests that the Court stay discovery until 30 days after disposition of her motion to dismiss, doc. 7. Doc. 15 at 3. She indicates that she intends to file a motion to stay by September 1, 2022. *See id.*

This is a motions-driven Court and relief cannot be requested through informal mechanisms such as Rule 26(f) Reports. *See In re Unsolicited Letters to Federal Judges*, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000) ("Put another way, if a litigant seeks judicial action of any sort

. . ., it must be contained within a motion arising from a properly filed lawsuit."); *see also* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion."). To the extent Griffith seeks a stay, she is **DIRECTED** to file a motion to stay no later than September 1, 2022. Griffith's unilateral Rule 26(f) Report is **TERMINATED**. Doc. 15.

**SO ORDERED**, this 26th day of August, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA