IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FRANK D. MONSEGUE, SR., | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-81 |
| v. | |
| TRICIA GRIFFITH, *et al.*, | |
| Defendants. | |

**O R D E R**

After a careful <u>de novo</u> review of the entire record, the Court concurs with the Magistrate Judge's January 6, 2023, Report and Recommendation, (doc. 26), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's claims against defendants Cohen, Yanalta, and DeNuccio are **DISMISSED** without prejudice. Fed. R. Civ. P. 4(m). Griffith's Motion to Dismiss is **GRANTED, in part**, to the extent that she seeks dismissal of any claims Plaintiff asserts under federal criminal statutes. (Doc. 7, in part.) It is **DENIED, in part**, with leave to refile, to the extent that it seeks dismissal of Plaintiff's remaining claims. (<u>Id.</u>, in part.) As ordered by the Magistrate Judge, Plaintiff must file his Amended Complaint no later than February 3, 2023. (<u>See</u> doc. 26, pp. 8-9.)

**SO ORDERED**, this 3rd day of February, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA