UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FRANK D. MONSEGUE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV422-081 |
| ) | |
| TRICIA GRIFFITH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**

The Court recommended that several of *pro se* plaintiff Frank D. Monsegue, Sr's claims be dismissed for his failure to timely serve the applicable defendants or because they were fatally defective. *See* doc. 26 at 6-8. The Court also ordered him to submit an Amended Complaint because his original Complaint was an impermissible "shotgun pleading." *Id.* at 8-9. He was directed to submit his Amended Complaint no later than February 3, 2023, and explicitly advised that failure to timely comply could result in dismissal for failure to comply with the Court's Order. *Id.* (citing Fed. R. Civ. P. 41(b)). That was no idle threat. He has failed to submit an Amended Complaint, *see generally* docket, so his case should be **DISMISSED**.

1

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Accordingly, Plaintiff's Complaint should be **DISMISSED** for his failure to comply with the Court's Order and his failure to prosecute this action.[1]

This R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections

---

[1] If Plaintiff wishes to respond to the Court's prior Order, and submit an Amended Complaint, the fourteen-day objections period, discussed below, affords him one final opportunity to do so. If he responds out-of-time, he must include an explanation for his failure to timely comply.

should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 8th day of February, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA