IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FRANK D. MONSEGUE, SR., | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-81 |
| v. | |
| TRICIA GRIFFITH, *et al.*, | |
| Defendants. | |

**O R D E R**

After a careful <u>de novo</u> review of the entire record, the Court concurs with the Magistrate Judge's February 8, 2023, Report and Recommendation, (doc. 30), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's remaining claims are **DISMISSED** for his failure to prosecute this action.[1] Fed. R. Civ. P. 41(b). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 27th day of February, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fact, the Report and Recommendation was also returned as undeliverable. (Doc. 31.) Monsegue, therefore, appears to have failed to comply with the Local Rules' requirement "to apprise the Court of any address change." L.R. 11.1. His noncompliance with Local Rule 11.1 provides an alternative basis for dismissal. *Cf.* Fed. R. Civ. P. 41(b).